NUMBER
13-11-00022-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

DISCOVER BANK,                                                                        Appellant,

 

                                                             v.

 

ROSALINDA G. SALDIVAR,
                                                        Appellee.

____________________________________________________________

 

                           On
appeal from the 214th District Court 

                                       of
Nueces County, Texas.

____________________________________________________________

 

                            MEMORANDUM OPINION

 

                     Before
Justices Benavides, Vela, and Perkes

Memorandum Opinion
Per Curiam

 








This
appeal was abated by this Court on January 31, 2011, and the parties were ordered
to mediation.  This cause is now before the Court on appellant=s unopposed motion to dismiss the appeal on grounds that appellant
no longer wishes to pursue this appeal.  Appellant requests that this Court
dismiss the appeal.  Accordingly, this case is hereby REINSTATED.

The
Court, having considered the documents on file and appellant=s unopposed motion to dismiss the appeal, is of the
opinion that the motion should be granted.  See Tex. R. App. P. 42.1(a).  Appellant=s motion to dismiss is granted, and the appeal is hereby
DISMISSED.  In accordance with the agreement of the parties, costs are taxed
against the party incurring same. See Tex.
R. App. P. 42.1(d) ("Absent agreement of the parties, the court
will tax costs against the appellant.").  Having dismissed the appeal at
appellant's request, no motion for rehearing will be entertained, and our mandate
will issue forthwith.  Any pending motions are dismissed as moot.

PER CURIAM

Delivered and filed the

7th day of July, 2011.